# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:08-cr-119-1-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| LUIS GOMEZ-GUERRERO, ) | |
| Defendant. ) | |

THE MATTER is before the Court on defense counsel's Motion to Withdraw (Doc. No. 92). Because defense counsel has already earned significant attorneys' fees in this matter, the Court is concerned with the efficiency of allowing withdrawal and appointing new counsel at this late stage in the case. Therefore, counsel shall supplement her motion to specifically state the date upon which she will be sworn in as Mecklenburg County District Court Judge.

IT IS HEREBY ORDERED that the defense counsel shall supplement her motion no later than Wednesday, November 12, 2008, in response to the inquiry made herein.

IT IS SO ORDERED.

Signed: November 7, 2008

Frank D. Whitney
United States District Judge